**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Jamie GONZALEZ–PAEZ, aka Jaime Paez, aka Jamie Paez, aka Jaime Gonzalez–Paez, Defendant—Appellant.**

**No. 02–50624.**
**D.C. No. CR–02–00769–LGB.**

United States Court of Appeals,
Ninth Circuit.

Submitted July 21, 2003.*

Decided July 30, 2003.

Before LEAVY, HAWKINS, and RAWLINSON, Circuit Judges.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

---

MEMORANDUM **

Jamie Gonzalez–Paez appeals the 77-month sentence imposed following his guilty plea conviction for one count of illegal reentry after deportation, in violation of 8 U.S.C. § 1326(a), (b)(2). We dismiss the appeal.

Gonzalez–Paez contends the district court erred by refusing to grant a downward departure for over-representation of his criminal history under U.S.S.G. § 4A1.3. We lack jurisdiction to review the district court's discretionary denial of a request for a downward departure. *See United States v. Ruelas,* 106 F.3d 1416, 1420 (9th Cir.1997).

DISMISSED.

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

